IRENE RUZIN, ATTORNEY AT LAW CSB# 125763
LAW OFFICES OF IRENE RUZIN
16311 VENTURA BLVD., SUITE 900
ENCINO, CA 91436
TEL:  (818) 325-2888
FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, JUDITH IVANYI

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JUDITH IVANYI, | ) Case No.: CV 07-5815 RNB |
| | ) |
| Plaintiff, | ) [PROPOSED]  ORDER |
| vs. | ) AWARDING EAJA FEES |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendants. | ) ROBERT N. BLOCK |
| | ) UNITED STATES MAGISTRATE |
| | ) JUDGE |
| | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff' attorney, Irene Ruzin,  as Plaintiff's assignee,  is awarded attorney's fees under the Equal Access to Justice Act ("EAJA") in the amount of THREE THOUSAND EIGHT HUNDRED DOLLARS ($3,800.00), as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED:   August 27, 2008

_____
ROBERT N. BLOCK
U.S. MAGISTRATE JUDGE